IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

25-CV-02271-DDD-TPO

CHANNING CURRY

    Plaintiff,

v.

AL FEAR
CITY OF LAMAR
STEVEN SANGER
PROWERS COUNTY
CHAD MILLER
PROWERS COUNTY SHERIFF'S OFFICE

    Defendants.

## MOTION TO WITHDRAW ENTRY OF APPEARANCE

Leslie L. Schluter, of Dagner | Schluter | Werber LLC, moves under D.C.COLO.LAttyR 5(b) to withdraw her appearance as counsel for Defendant PROWERS COUNTY SHERIFF'S OFFICE. As grounds, the undersigned advises that confusion within the assigning agency caused duplicated defense engagement. The undersigned is not needed to defend the Sheriff's Office because Mr. O'Connell and his associate had already entered their appearances and will handle the Sheriff's Office defense. She therefore requests permission to withdraw.

Respectfully submitted,

By  s/Leslie L. Schluter
    Leslie L. Schluter
    DAGNER | SCHLUTER | WERBER LLC
    8400 East Prentice, Suite 1401
    Greenwood Village, CO 80111
    Telephone: (303) 221-4661
    E-mail: lschluter@lawincolorado.com

ATTORNEYS FOR DEFENDANT
PROWERS COUNTY SHERIFF'S OFFICE

**CERTIFICATE OF SERVICE (CM/ECF)**

    I hereby certify that on September 11th, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will cause notifications to be emailed to CM/ECF participants of record.

                              s/Tanya S. Schmitt, Paralegal

2