IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 22 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:25-CV-02271-DDD-TPO

Channing Curry, Plaintiff

Al Fear, et al, Defendant(s)

## MOTION FOR ADMISSION OF "M1" EXHIBIT MEDICAL RECORDS (EXHIBIT M1)

### INTRODUCTION

COMES NOW, Plaintiff Channing Curry, who presents this honorable Court with Exhibit "M1" Medical records, from a visit at "Prowers Medical Center" on October 13, 2024.

### EXPLANATION

Plaintiff hereby presents 6 pages that were given to him by Prowers Medical Center on September 09 2025. The 6 Pages are attached HERETO.

1. of 3

I. Prowers Medical Center visit 10/13/2024

- Page 1 of exhibit M1, within the caption of "History of Present illness," it states, "Patient is a 32-year-old male who is in police custody." "He arrives complaining of left-sided chest pain. He reports it is worse if he moves a certain way takes a deep breath or tries to lay down." "He said the onset of this was about 4 days ago and occurred after he was "beaten by Police.""

- Page 1, within the caption "Past Medical History," NO previous "Sinus bradycardia" is listed and NO "Acute costochondritis" is listed.

- Page 2, within caption "Impression:" it states "Sinus bradycardia rate of 58 EKG no evidence of STEMI or ischemia at this time." "Chest X-Ray demonstrates hyperinflation but no evidence of consolidation fracture or pneumothorax."

- On page 2, within the caption of "ASSESSMENT" it says "Acute costochondritis," "otherwise normal ECG."

- On Page 3, at the top of the page, in the middle of the page, it says "Sinus bradycardia." In the caption labled "Vent rate," it says "58 BPM."

- On Page 5, within the caption labled "Findings," under "Radiology Report," it says "Hyperinflation," "no fracture identified."

- On Page 6 under the caption "Diagnosis," it says "Acute costochondritis."

09/16/2025
DATE

2 of 3

(Plaintiff)

## CERTIFICATE OF SERVICE

I certify that on September 11, 2025, I sent a copy of this document via U.S. Mail to the opposing party(s) at:

1. Thompson, Coe, Cousins & Irons, LLP Attorneys & Counselors, Att. William Thomas O'Connell, III, 1700 Broadway, Suite 900 Denver, CO 80290

2. Vaughan & DeMuro, Attorneys At Law, Att. Sara L. Cook, ESQ #30255, 111 South Tejon St. Colorado Springs, CO 80903

Print Name: Channing Curry

Signature: [signature]

Date: 09/16/2025

3 of 3